Eduardo Rigoberto Soto, Anthony Richard Dominguez, Eduardo Soto & Associates, Coral Gables, FL, for Plaintiff-Appellant

Troy David Liggett, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Jessica Elise Elliott, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Defendants-Appellees

Before HULL, DUBINA, Circuit Judges, and RESTANI,[*] Judge.

PER CURIAM:

Plaintiff-Appellant Arnaldo Ravelo brought this civil action under 5 U.S.C. § 701 et seq. and 28 U.S.C. § 1331. After review and with the benefit of oral argument, this Court concludes that Ravelo has not shown any reversible error in the district court's final judgment and order dated November 30, 2016. Thus, we affirm the district court's decision for the reasons already outlined in the district court's order.[1]

**AFFIRMED.**

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jose Yecid Castro HURTADO, Defendant-Appellant.**

**No. 17-10886**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(December 13, 2017)

Karin Bethany Hoppmann, Daniel Michael Baeza, Arthur Lee Bentley, III, Suzanne C. Nebesky, Lisa Thelwell, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Che Lopardo, Law Offices of Che Lopardo, Tampa, FL, for Defendant-Appellant

Before WILLIAM PRYOR, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence

---

[*] Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.

appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).